# CASE ANNOUNCEMENTS

*November 19, 2007*

[Cite as *11/19/2007 Case Announcements*, 2007-Ohio-6144.]

## DISCIPLINARY CASES

**2007–1582.  Disciplinary Counsel v. Olivito.**
This matter came on for consideration upon the filing of a motion for an order to appear and show cause filed by movants, Disciplinary Counsel and the Mahoning County Bar Association, on August 21, 2007, requesting the court to issue an order directing respondent to appear and show cause why he should not be found in contempt for his failure to abide by the hearing panel's June 8, 2007 order. On September 28, 2007, this court granted the motion and ordered respondent to file a written response on or before October 18, 2007. Respondent did not file a response. Accordingly,

   IT IS ORDERED by the court, sua sponte, that respondent appear in person before this court on December 11, 2007, at 9:00 a.m.

# CASE ANNOUNCEMENTS

*November 20, 2007*

[Cite as *11/20/2007 Case Announcements*, 2007-Ohio-6173.]

## MERIT DECISIONS WITHOUT OPINIONS

**2006–2406.  Thompson v. Jones–Kelley.**
Franklin App. No. 05AP–476, 2006-Ohio-6000. On motion to dismiss the appeal as moot. Motion granted. Cause dismissed.

   MOYER, C.J., and O'DONNELL, LANZINGER, and CUPP, JJ., concur.

   PFEIFER, LUNDBERG STRATTON, and O'CONNOR, JJ., dissent.

## MOTION AND PROCEDURAL RULINGS

**2007–0219.  Ackison v. Anchor Packing Co.**
Lawrence App. No. 05CA46, 2006-Ohio-7099. This cause is pending before the court as an appeal from the Court of Appeals for Lawrence County. Upon consideration of Owens–Illinois, Inc.'s motion to strike appellee's merit brief and appendix,

   It is ordered by the court that the motion is granted as to Appendices H, I, M and N, which are hereby stricken. The motion to strike is denied in all other respects.

   O'DONNELL, J., would also strike Appendices F and L.

   PFEIFER, LUNDBERG STRATTON, and CUPP, JJ., dissent.

**2007–0415.  Ackison v. Anchor Packing Co.**
Lawrence App. No. 05CA46, 2006-Ohio-7099. This cause is pending before the court as an appeal from the Court of Appeals for Lawrence County. Upon consideration of Owens–Illinois, Inc.'s motion to strike appellee's merit brief and appendix,

   It is ordered by the court that the motion is granted as to Appendices H, I, M and N, which are hereby stricken. The motion to strike is denied in all other respects.

   O'DONNELL, J., would also strike Appendices F and L.

   PFEIFER, LUNDBERG STRATTON, and CUPP, JJ., dissent.